No. 71–1181. FLANAGAN ET AL. *v.* NYQUIST, COM-
MISSIONER OF EDUCATION OF NEW YORK, ET AL. App.
Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 71–1197. RYAN ET AL. *v.* J. WALTER THOMPSON
Co. C. A. 2d Cir. Certiorari denied.

No. 71–1208. ROSE *v.* ROSE ET AL. Cir. Ct., Oakland
County, Mich. Certiorari denied.

No. 71–5740. WORLEY *v.* BUDGET CREDIT, INC. C. A.
6th Cir. Certiorari denied.

No. 71–5788. PAULINO *v.* NEW YORK. Ct. App. N. Y.
Certiorari denied.

No. 71–5794. WELLS *v.* WISCONSIN. Sup. Ct. Wis.
Certiorari denied.

No. 71–5801. WINWARD *v.* OREGON. Ct. App. Ore.
Certiorari denied.

No. 71–5852. COOPERSMITH *v.* TOWN OF GRAND LAKE
ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–6118. WILLIAMS *v.* STIRE ET AL. C. A. 5th
Cir. Certiorari denied.

No. 71–6121. TIMMONS *v.* SOUTH CAROLINA. Sup.
Ct. S. C. Certiorari denied.

No. 71–6123. STINSON *v.* EYMAN, WARDEN. C. A.
9th Cir. Certiorari denied.

No. 71–6126. SCHREINER *v.* UNITED STATES. C. A.
10th Cir. Certiorari denied.